

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00464-CV

**EX PARTE** Oseas **VELA**,

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 17-12-57894-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

On July 12, 2018, appellant, the Texas Department of Public Safety, filed a Notice of Restricted Appeal, stating its intent to appeal a judgment signed on March 1, 2018. Appellant's brief was filed in this court on August 18, 2018. Accordingly, appellee's brief was due in this court on or before September 13, 2018. Neither the brief nor a motion for extension of time has been filed. We therefore contacted the attorney of record for appellee, inquiring as to his intention to file an appellee's brief. On September 17, 2018, John C. Lemon, the attorney of record for appellee, filed a Notice of Non-Representation, indicating he had not been retained by appellee to represent him in this appeal. Rule 6.4 of the Texas Rules of Appellate Procedure provides that an attorney may file a nonrepresentation notice in our court so long as the notice complies with certain requirements. TEX. R. APP. P. 6.4. Specifically, the rule provides the nonrepresentation notice must "be signed by the party." The nonrepresentation notice filed by Mr. Lemon is not signed by appellee. *See id*. R. 6.4(a)(4).

Accordingly, we **ORDER** that the nonrepresentation notice filed by John Lemon is **STRICKEN.** We further order appellee to file an appellee's brief **on or before October 15, 2018.** If appellee fails to file a brief by the date ordered, we will order the case submitted without an appellee's brief.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court